UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GARALDEEN K. BACON | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18–CV–00132 |
| | § | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | § § § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On July 6, 2018, this case was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1). *See* Dkt. 8. On November 30, 2018, Judge Edison filed a Memorandum and Recommendation (Dkt. 16) recommending that Plaintiff, Garaldeen Bacon's Motion for Summary Judgment (Dkt. 12) be DENIED; Defendant's Cross Motion for Summary Judgment (Dkt. 14) be GRANTED; and the decision of the Administrative Law Judge be AFFIRMED.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. *See* 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 16) be **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Garaldeen Bacon's Motion for Summary Judgment (Dkt. 12) be **DENIED**;

(3) Defendant's Cross Motion for Summary Judgment (Dkt. 14) be **GRANTED**; and

(4) The decision of the Administrative Law Judge be **AFFIRMED**.

It is so **ORDERED**.

SIGNED and ENTERED this 17th day of December, 2018.

*[signature]*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE